JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHERRIE MINTER,

          Plaintiff,

    v.

SPECIALIZED LOAN SERVICING, LLC, et al.,

          Defendants.

ED CV 23-1371 PA (SHKx)

JUDGMENT

     In accordance with the Court's September 14, 2023 order granting the Motion to Dismiss Complaint filed by Defendants Specialized Loan Servicing, LLC, and The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10 ("Defendants") and the Court's October 11, 2023 Order dismissing the Complaint with prejudice,

     IT IS ORDERED, ADJUDGED, AND DECREED that:

     1.    Plaintiff Sherrie Minter takes nothing;

     2.    The action is dismissed with prejudice, and Defendants are entitled to recover their costs of suit.

DATED: October 12, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE