UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 23-1371 PA (SHKx) | Date | October 26, 2023 |
|---|---|---|---|
| Title | Sherrie Minter v. Specialized Loan Servicing, LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS — COURT ORDER & ORDER TO SHOW CAUSE

    The Court is in receipt of defendants' Motion to Dismiss the First Amended Complaint. (Docket No. 35.) This Court maintains a firm policy of reducing unnecessary motion practice and requires counsel to "discuss thoroughly . . . the substance of the contemplated motion and any potential resolution." Local Rule 7-3. Local Rule 7-3 provides:

> In all cases not listed as exempt in L.R. 16-12, and except in connection with discovery motions (which are governed by L.R. 37-1 through 37-4) and applications for temporary restraining orders or preliminary injunctions, counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. The conference shall take place at least seven (7) days prior to the filing of the motion.
>
> If the parties are unable to reach a resolution which eliminates the necessity for a hearing, counsel for the moving party shall include in the notice of motion a statement to the following effect:
>
> "This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)."

    Local Rule 7-3 imposes upon the counsel for the moving party the obligation to contact opposing counsel, and imposes upon the non-moving party the obligation to participate in good faith in the conference of counsel. The Court orders counsel to meet and confer no later than November 2, 2023. By no later than November 3, 2023, either the moving party shall file a Notice of Withdrawal or the parties shall file a Joint Report attesting to their meet and confer efforts and setting forth specific points of disagreement raised during the Local Rule 7-3 conference. Counsel are admonished that the failure to make a good faith effort to reach a

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 23-1371 PA (SHKx) | Date | October 26, 2023 |
|---|---|---|---|
| Title | Sherrie Minter v. Specialized Loan Servicing, LLC, et al. | | |

resolution or the taking of unreasonable and intractable positions during the meet and confer process may result in dismissal of the action, striking the Motion and entering default, and/or the imposition of monetary sanctions.  Future violations of the Local Rules, Federal Rules of Civil Procedure, or the Court's orders may also result in the imposition of sanctions.

      This is the second time in this matter that the Court has issued an order requiring the parties to meet and confer prior to filing a motion.  (Docket No. 17.)  According to defense counsel, defendants' counsel made four attempts to schedule a meet and confer prior to filing the Motion to Dismiss the First Amended Complaint, but plaintiff's counsel failed to respond to any of the calls, emails or messages.  (Docket No. 35 p. 2.)  Accordingly the Court orders counsel for plaintiff to show cause in writing why counsel should not be sanctioned in an amount up to $1,000.00 for failing to comply with the requirements of Local Rule 7-3.  The response by plaintiff's counsel to the Order to Show Cause shall be filed by no later than November 2, 2023.  Failure to file a response and any future violations of the Federal Rules of Civil Procedure, the Local Rules, and the Court's Orders may result in the further imposition of sanctions.

      IT IS SO ORDERED.