UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 23-1371 PA (SHKx) | Date | November 6, 2023 |
|---|---|---|---|
| Title | Sherrie Minter v. Specialized Loan Servicing, LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**   IN CHAMBERS — ORDER TO SHOW CAUSE

      Based on plaintiff counsel's refusal to meet and confer with defendants' counsel regarding defendants' Motion to Dismiss First Amended Complaint, on October 26, 2023, the Court issued an Order to Show Cause ("OSC"), (Docket No. 37), requiring that the parties meet and confer in compliance with Local Rule 7-3, and file a Joint Report attesting to their meet and confer efforts and setting forth specific points of disagreement raised during the Local Rule 7-3 conference on or before November 3, 2023.  Counsel were admonished that the failure to make a good faith effort to reach a resolution or the taking of unreasonable and intractable positions during the meet and confer process could result in dismissal of the action, striking the Motion and entering default, and/or the imposition of monetary sanctions.  The parties were also cautioned that any future violations of the Local Rules, Federal Rules of Civil Procedure, or the Court's orders could also result in the imposition of sanctions.

      The Court's OSC also required plaintiff's counsel to show cause, in writing, why counsel should not be sanctioned in an amount up to $1,000.00 for failing to comply with the requirements of Local Rule 7-3.  The Court noted that this was the second time in this matter that the Court found it necessary to issue an order requiring the parties to meet and confer because of plaintiff counsel's refusal to do so.  (Docket No. 37.)  This time, according to defense counsel, defendants' counsel made four attempts to schedule a meet and confer prior to filing the Motion to Dismiss the First Amended Complaint, but plaintiff's counsel failed to respond to any of the calls, emails or messages.  (Docket No. 35 p. 2.)  The Court ordered plaintiff's counsel to file a response to the OSC regarding sanctions by no later than November 2, 2023, and warned that failure to file a response and any future violations of the Federal Rules of Civil Procedure, the Local Rules, and the Court's Orders could result in the further imposition of sanctions.

      In violation of the Court's OSC, Plaintiff's counsel failed to respond to the OSC regarding sanctions on or before November 2, 2023, and also failed to file a Joint Report on or before November 3, 2023.  As discussed above, this is just the most recent example of plaintiff counsel's disregard for the Court's orders.  Accordingly, the Court orders that Plaintiff's counsel

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 23-1371 PA (SHKx) | Date | November 6, 2023 |
|---|---|---|---|
| Title | Sherrie Minter v. Specialized Loan Servicing, LLC, et al. | | |

must pay $1,000 in sanctions to the Clerk of the Court[1/] and file a declaration signed under penalty of perjury attesting to compliance with this Order by no later than **November 17, 2023**. Failure to comply with this Order by that date may result in the further imposition of sanctions, up to and including dismissing this action with prejudice.

    Moreover, counsel for both parties are also ordered to show cause in writing why counsel should not be sanctioned in an amount up to $2,000.00 for failing to file a Joint Report as specified in the OSC. The response to this Order to Show Cause and the Joint Report regarding defendants' Motion to Dismiss the FAC shall be filed by no later than **November 10, 2023**. Failure to file a response to this Order to Show Cause or the Joint Report may result in the imposition of sanctions, up to and including dismissal of this action **with prejudice**, striking the motion to dismiss and entering defendant's default, and/or the imposition of monetary sanctions.

    IT IS SO ORDERED.

---

[1/]     Alternatively, counsel may satisfy the sanction by donating $750 in books or school supplies to the children at a public school located within a five-mile radius of the First Street Federal Courthouse, 350 West 1st Street, Los Angeles, California 90012.